AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Nelson Batista<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  8:26-mj-231-CP7 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 24, 2026 _____ in the county of _____ Hillsborough _____ in the
____ Middle ____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2199 | Stowaways on Vessels or Aircraft |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher L. Hileman, Enforcement Officer
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: ____ JUNE 25, 2026 ____

_____
*Judge's signature*

City and state: _____ Tampa, Florida _____     HON. CHRISTOPHER P. TUITE, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF WARRANT AND COMPLAINT

I, Christopher L. Hileman being duly sworn, depose and states:

1. I am an Enforcement Officer with United States Customs and Border Protection (CBP), within the Department of Homeland Security (DHS), and have been so employed for the past twenty-one (21) years. In such capacity, my duties include investigating persons who have violated Federal Immigration laws and other related Federal Statutes.

2. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 18, United States Code, Section 2199.

3. I make this affidavit in support of the arrest warrant and complaint Nelson BATISTA, DOB 12/23/1979, (hereinafter "BATISTA"), who knowingly boarded and remained aboard a vessel without the consent of the owner, master, person in command, or other authorized individual in violation of Title 18, United States Code, Section 2199.

4. On June 23, 2026, at approximately 10:32 a.m., I was notified by Supervisor CBP Officer Christopher Hayes that BATISTA was arriving in the United States as a Stowaway at Tampa Seaport into Red Wing Berth 302 on June 24, 2026, at approximately 10:00 p.m. on the ship Canada Pearl.

1. Investigation revealed that the BATISTA did knowingly board and remain aboard the vessel without the consent of the owner, charterer, master, person in command, or other authorized individual. BATISTA was discovered while the vessel was traveling from Barahona, Dominican Republic to Tampa Seaport,

Tampa, Florida.  The Ship Captain of the Canada Pearl notified shipping agent Hunter Villard of the presence of BATISTA, and Villard notified Customs and Border Patrol.  BATISTA arrived in the United States at approximately at 2300 hours on June 24, 2026.

2.      I also reviewed information in law enforcement databases relating to BATISTA, DOB: 12/23/1979, A-Number 095 483 461, FIN# 16765334 had two (2) previous encounters with U.S. Customs and Border Protection, once in 2005, and once in 2006 where BATISTA was discovered as a stowaway on a vessel that had arrived in Corpus Christi Seaport, Texas, from a foreign location.

3.      In violation of 18 U.S.C. 2199, the investigation established that:

A.      BATISTA boarded or secreted himself aboard a vessel or aircraft.

B.      The boarding occurred without the consent of the owner, charterer, master, person in command, or authorized representative.

C.      BATISTA remained aboard and was transported in interstate or international travel.

D.      BATISTA was discovered aboard the vessel/aircraft after departure.

## CONCLUSION

8.     In summary, based upon the above facts and information, I submit there is probable cause to believe Nelson BATISTA, DOB 12/23/1979, has violated Title 18, United States Code, Section 2199, by boarding a vessel without consent of the owner, charterer, master, person in command or other authorized individual. Accordingly, I respectfully request that a criminal complaint be issued.

Christopher L. Hileman
Enforcement Officer
Department of Homeland Security
U.S. Customs and Border Protection.

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this _25_ day of June, 2026.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge